**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL FALCONE | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-cv-0750 (PLF) |
| | ) |
| KINDEL FURNITURE COMPANY | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF APPEARANCE**

The Clerk of Court shall enter my appearance as counsel for plaintiff, Michael Falcone.

    Respectfully submitted,

        /Lisa Alexis Jones
    Lisa Alexis Jones, Esq.
    Lisa Alexis Jones, PLLC
    1200 G Street, N.W., Suite 800
    Washington, D.C. 20005
    (202) 434-4507
    (202) 434-8707 Fax
    orbitcv@erols.com

    *Counsel for Plaintiff*

Dated: May 14, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May 2008, I caused to be sent via ECF a copy of the foregoing Notice of Appearance to:

Juliane Miller, Esq.
515 King Street
Suite 400
Alexandria, Virginia 22314

        /Lisa Alexis Jones
    Lisa Alexis Jones