IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL FALCONE<br>212 E Street, NE<br>Washington, D.C. 20002<br><br>    Plaintiff,<br><br>v.<br><br>KINDEL FURNITURE CO.,<br>100 Garden Street, SE<br>Grand Rapids, MI 49507<br><br>    Defendant. | Case: 1:08-cv-00750<br>Assigned To : Friedman, Paul L.<br>Assign. Date : 4/28/2008<br>Description: Contract |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, the undersigned counsel of record for Defendant Kindel Furniture Company ("Kindel"), certify that to the best of my knowledge and belief there are no parent companies, subsidiaries or affiliates of Kindel which have any outstanding securities in the hands of the public.

The representations are made in order that the judges of this court may determine the need for recusal.

Dated: April 28, 2008

                              Respectfully submitted,

                              KINDEL FURNITURE COMPANY

                              By: _____
                              David D. Hudgins (DC Bar No. 362451)
                              Juliane C. Miller (DC Bar No. 446783)
                              HUDGINS LAW FIRM
                              515 King Street, Suite 400
                              Alexandria, Virginia 22314

(703) 739-3300
(703) 739-3700 (facsimile)
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by first-class mail, postage prepaid, this April 28, 2008, to:

Michael Falcone
Pro Se
212 E Street, N.E.
Washington, D.C. 20002

_____
Counsel