**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL FALCONE                ) | |
|                                                         ) | |
|           Plaintiff,                            ) | |
|                                                         ) | |
|           v.                                     ) Civil Action No. 08-cv-0750 (PLF) | |
|                                                         ) | |
| KINDEL FURNITURE COMPANY ) | |
|                                                         ) | |
|           Defendant.                        ) | |

**JOINT RULE 16.3 STATEMENT**

Counsel for the parties met on May 15, 2008, with respect to the issues under Local Rule 16.3 and state the following:

**STATEMENT OF THE CASE**

This is a breach of contract case brought by plaintiff Michael Falcone against Kindel Furniture Company, Falcone's former employer. The parties agree that jurisdiction and venue is proper in this Court.

**RULE 16.3 ISSUES**

1. Plaintiff does not believe that the case is likely to be resolved on dispositive motions prior to discovery. Kindel believes that the case can be disposed of on dispositive motions following discovery.

2. The parties do not presently anticipate amending the pleadings.

3. The parties do not consent to a Magistrate for any purpose.

4. Plaintiff believes that there is a reasonable possibility of settlement. Defendant believes that, if its dispositive motion is denied, there is a reasonable possibility of settlement.

5. If defendant's dispositive motion is denied, the parties will reconsider their position regarding ADR.

6. The parties agree that Defendant shall file any post-discovery motion for summary judgment on October 24, 2008, and that Plaintiff shall file his response to Defendant's motion for summary judgment by November 24, 2008. Defendant shall then file its reply by December 5, 2008. The parties agree that the hearing date for a decision on the motion(s) should be set at the Court's convenience.

7. The parties do not waive Initial Disclosures. Initial Disclosures shall be exchanged 14 days after the Initial Scheduling Conference.

8. The parties agree on the presumptive limit of 10 depositions per side and 25 interrogatories per side. Each deposition shall not exceed seven (7) hours in length of time absent a stipulation or Court Order providing otherwise. The parties propose a four-month discovery period following the Initial Scheduling Conference and propose that discovery close on September 24, 2008. If a protective order is needed consistent with the Privacy Act, 5 U.S.C. § 552a(b)(11), the parties will attempt to reach agreement by stipulation and, if unable to stipulate, a motion will be filed seeking a protective order from the Court.

9. The parties agree that the requirements of Fed. R. Civ. P. 26(a)(2) should not be modified. The parties also agree that should Plaintiff decide to call any expert witnesses, that he provide his expert disclosure report on July 28, 2008. Defendant shall file its report on August 28, 2008.

10. Not applicable.

11. The parties do not believe bifurcation of proceedings is appropriate.

12. The pretrial conference should take place at a time convenient to the Court, after the close of discovery, with the anticipation that a trial would occur 30 to 60 days thereafter.

13. The parties agree that the Court should set a trial date at the pretrial conference.

14. None.

Respectfully submitted,

_____/s/_____
Lisa Alexis Jones, Esq.
Lisa Alexis Jones, PLLC
Unified Bar Number 421002
1200 G St., N.W.
Washington, D. C. 20005
(202) 434-4507
(202) 434-8707 (fax)
orbitcv@erols.com

*Counsel for Plaintiff*

_____/s/_____
Juliane Miller, Esq.
515 King Street
Suite 400
Alexandria, Virginia  22314
(703) 739-3300
(703) 739-3700 (Fax)
Jmiller@hudginslawfirm.com

*Counsel for Defendant*