**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL FALCONE** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **Case No. 08-cv-0750 (PFL)** |
| | ) |
| **KINDEL FURNITURE CO.,** | ) |
| | ) |
|     **Defendant.** | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Defendant Kindel Furniture Company ("Kindel"), by counsel, hereby gives notice that Tyler A. Brown, Esquire and Jackson Lewis, LLP, is being substituted for David D. Hudgins and Juliane C. Miller, Hudgins Law Firm, as counsel of record for Defendant Kindel Furniture Company.

Respectfully Submitted,                                 Respectfully Submitted,


\_\_\_/s/_____          \_\_\_\_/s/_____
David D. Hudgins (DC Bar No. 362451)          Tyler A. Brown (DC Bar No. 480693)
Juliane C. Miller (DC Bar No. 446783)          JACKSON LEWIS, LLP
HUDGINS LAW FIRM                                       8614 Westwood Center Drive, Suite 950
515 King Street, Suite 400                              Vienna, Virginia 22182
Alexandria, Virginia 22314                            *Substituted counsel for defendant Kindel*
(703) 739-3300                                                *Furniture Company*
(703) 739-3700 (facsimile)
*Original counsel for defendant Kindel*
*Furniture Company*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 11th day of July 2008 to:

Lisa Alexis Jones, Esq.
Lisa Alexis Jones, PLLC
1200 G Street, N.W.
Washington D.C. 20005


        __/s/_____
        David D. Hudgins (DC Bar No. 362451)
        Juliane C. Miller (DC Bar No. 446783)
        HUDGINS LAW FIRM
        515 King Street, Suite 400
        Alexandria, Virginia 22314
        (703) 739-3300
        (703) 739-3700 (facsimile)